# Court of Appeals
# of the State of Georgia

ATLANTA,__February 26, 2019_____

*The Court of Appeals hereby passes the following order:*

## A19A1450. MCKINNEY v. THE STATE.

Upon consideration of appellant's motion to transfer appeal to the Supreme Court, the same is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__02/26/2019_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*